JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. FULTON,<br><br>        Petitioner,<br><br>   v.<br><br>D. PARAMO,<br><br>        Respondent. | Case No. LA CV 16-3019 JLS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 8, 2017

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE